UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

CECILIA ROSALES,

               Plaintiff,         25-cv-8094 (JGK)

     - against -              ORDER

GREEN MAGIC EXCELLENT CLEANING
CORP., ET AL.,

               Defendants.
———————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 25, 2025.

SO ORDERED.

Dated:    New York, New York
           November 11, 2025

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                  United States District Judge