UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CECILIA ROSALES,

                                    Plaintiff(s)

                                                                            25 civ 8094 (JGK)

                    -against-

GREEN MAGIC EXCELLENT CLEANING CORP.,
                                    Defendant(s).
------------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 8, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 22, 2025