**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CECILIA ROSALES, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                        Plaintiff,

    v.

GREEN MAGIC EXCELLENT CLEANING CORP.,
JOHN DOE CORPORATIONS 1 – 100,
and INGRID ALMANZAR,
                    Defendants.

**Case No.:** 1:25-cv-08094

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GREEN MAGIC EXCELLENT CLEANING CORP., and INGRID ALMANZAR (collectively "Defendants"), having offered to allow Plaintiff CECILIA ROSALES ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 27, 2026 and filed as Exhibit A to Docket Number 21;

      **WHEREAS**, on January 28, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 21);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff CECILIA ROSALES, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 27, 2026 and filed as Exhibit A to Docket Number 21. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ___/ 3 0_____, 2026
    New York, New York

_____
                          U.S.D.J.